Exhibit 2

# VOLTERRA FIETTA

The public international law firm

20 November 2017

<u>VIA EMAIL AND COURIER</u>

Dr Reinaldo Enrique Muñoz Pedrosa
Procurador General de la República (E)
Procuraduría General de la República
Av. Los Ilustres, c/c calle Francisco Lazo Martí
Edificio Procuraduría General de la Rep., Piso 8
Urb. Santa Mónica
Caracas 1040, Venezuela
Email: casosinternacionalesvzla@gmail.com

Cc:
Mr Christopher Ryan
Mr Thomas B. Wilner
Shearman & Sterling LLP
801 Pennsylvania Avenue, NW
Washington, D.C. 20004, USA
Email: christopher.ryan@shearman.com; twilner@shearman.com

Ms Anna Tevini
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022, USA
Email: anna.tevini@shearman.com

Mr Guillermo Salcedo Salas
Shearman & Sterling LLP
114, avenue des Champs-Elysées
75008 Paris, France
Email: guillermo.salcedosalas@shearman.com

Mr José Pertierra
The Law Office of José Pertierra
1010 Vermont Ave. NW
Suite 514
Washington, D.C. 20005, USA
Email: josepertierra@aol.com

Your Excellency,

**Payment of compensation awarded in** *Koch Minerals Sàrl and Koch Nitrogen International Sàrl v. the Bolivarian Republic of Venezuela* (ICSID Case No. ARB/11/19)

I refer to the Award dated 30 October 2017 issued by the Tribunal constituted under the Agreement between the Swiss Confederation and the Republic of Venezuela on the Reciprocal Promotion and Protection of Investments (18 November 1993) (the

8 Mortimer St, Fitzroy Place, London W1T 3JJ United Kingdom
T +44 (0)207 380 3890  F +44 (0)207 387 7433  www.volterrafietta.com

Volterra Fietta is authorised and regulated by the Solicitors Regulation Authority (SRA number 559849)

"**Treaty**") and the Convention on the Settlement of Investment Disputes between States and Nationals of Other States ("**ICSID Convention**") in *Koch Minerals Sàrl and Koch Nitrogen International Sàrl v. the Bolivarian Republic of Venezuela* (ICSID Case No. ARB/11/19) (the "**Award**").

As you are aware, the Tribunal in its Award held that the Bolivarian Republic of Venezuela ("**Venezuela**") violated the Treaty in respect of the investments made by Koch Minerals Sàrl ("**KOMSA**") and Koch Nitrogen International Sàrl ("**KNI**") in Venezuela.

In particular, the Tribunal held at paragraphs 12.3 and 12.4 of the operative part of the Award, respectively, that Venezuela violated Article 6 of the Treaty in expropriating: (i) "the interest in FertiNitro of [KOMSA], thereby causing loss to KOMSA in the total principal sum of US$ 140.25 million"; and (ii) "the interest in the Offtake Agreement of [KNI], thereby causing loss to KNI in the total principal sum of US$ 184.8 million".

You will also be aware that, in its Award, the Tribunal ordered that Venezuela pay compensation to KOMSA and KNI as follows:

> 12.5 [Venezuela] shall pay as compensation to [KOMSA and KNI] respectively the said principal sums together with pre-award compound interest thereon, from 11 October 2010 to the date of this Award calculated at the US$ Libor 6-month rate plus 2%, with six monthly rests (or *pro rata*);
>
> 12.6 [Venezuela] shall pay to [KOMSA and KNI] jointly the total principal sum of US$ 17,436,085.10 towards their Legal Costs;
>
> 12.7 [Venezuela] shall pay to [KOMSA and KNI] jointly the total principal sum of US$ US$ 628,836.435 towards their Arbitration Costs;
>
> 12.8 [Venezuela] shall pay to [KOMSA and KNI] respectively post-award compound interest on: (i) the said four principal sums; and also (ii) the total pre-award interest due on the principal sums of US$ 140.25 million and US$ 184.8 million, from the date of this Award until payment calculated at the US$ 6-month Libor rate plus 2%, with six monthly rests (or *pro rata*);

Pursuant to Article 53 of the ICSID Convention, the Award is legally binding on Venezuela and thus, Venezuela must abide by and comply with the terms of the Award. In accordance with Article 6 of the Treaty, Venezuela must pay the compensation to KOMSA and KNI "without delay" and "in a freely convertible currency".

As at the date of the Award (30 October 2017), Venezuela was obliged to pay to KOMSA and KNI the total amount of **USD 408,980,159.12**. This amount comprises the following three elements:

First, in accordance with paragraphs 12.3 and 12.5 of the Award, Venezuela was obliged to pay to KOMSA the amount of USD 168,669,011.14.  This amount consists of: (i) the interest in FertiNitro of KOMSA in the total principal sum of USD 140,250,000.00; and (ii) pre-award compound interest thereon, from 11 October 2010 to the date of the Award calculated at the USD LIBOR 6-month rate plus 2%, with six monthly rests (or *pro rata*), amounting to USD 28,419,011.14.

Second, in accordance with paragraphs 12.4 and 12.5 of the Award, Venezuela was obliged to pay to KNI the amount of USD 222,246,226.44.  This amount consists of: (i) the interest in the Offtake Agreement of KNI in the total principal sum of USD 184,800,000.00; and (ii) pre-award compound interest thereon, from 11 October 2010 to the date of the Award calculated at the USD LIBOR 6-month rate plus 2%, with six monthly rests (or *pro rata*), amounting to USD 37,446,226.44.

Third, in accordance with paragraphs 12.6 and 12.7 of the Award, Venezuela was further obliged to pay to KOMSA and KNI jointly: (i) the total principal sum of USD 17,436,085.10 towards their legal costs; and (ii) the total principal sum of USD 628,836.435 towards their arbitration costs.

Pursuant to paragraph 12.8 of the Award, these above amounts continue to increase and, at the date of this letter, Venezuela is obliged to pay to KOMSA and KNI the amount of **USD 409,823,222.96**.  Attached is a schedule by way of example showing the amount (including the relevant post-award interest) which Venezuela will be obliged to pay to KOMSA and KNI for each day after the date of the Award (based on the USD LIBOR 6-month rate as of 30 October 2017) until fully paid.  If there are questions regarding these amounts, please contact the undersigned immediately.

KOMSA and KNI hereby request that Venezuela pay the compensation it owes to them in the amount applicable as of the date of the payment immediately.  The payment of compensation that Venezuela owes to both KOMSA and KNI should be made in US Dollars (in accordance with Article 6 of the Treaty) to KNI's bank account below:

JP Morgan Chase Bank, N.A.
25 Bank Street, Canary Wharf
London E14 5JP
United Kingdom
Swift code: CHASGB2L
Account#:  25090201
IBAN#:  GB36CHAS60924225090201
Sort Code: 609242

Intermediary bank:  JPMorgan Chase New York, USA
Intermediary swift code: CHASUS33
Intermediary ABA#:  021000021

In the absence of full and immediate payment of the compensation requested above, KOMSA and KNI will proceed to seek enforcement of the Award.

KOMSA and KNI fully reserve all their rights.

Yours sincerely,

Robert G. Volterra
Volterra Fietta
On behalf of KOMSA and KNI

Attachments:

1. Schedule of Amounts Payable
2. Award of 30 October 2017 (English and Spanish)

# Attachment 1
# Schedule of Amounts Payable

Payment of compensation awarded in *Koch Minerals Sàrl and Koch Nitrogen International Sàrl v. the Bolivarian Republic of Venezuela* (ICSID Case No. ARB/11/19)

**Attachment 1 - Schedule of Amounts Payable**

| Date of Payment | KOMSA seperately | KNI seperately | KOMSA and KNI jointly | | Total Amount Due (in USD) |
|---|---|---|---|---|---|
| | | | Legal costs awarded | Arbitration costs awarded | |
| 30/10/2017 | 168,669,011.14 | 222,246,226.44 | 17,436,085.10 | 628,836.44 | 408,980,159.12 |
| 31/10/2017 | 168,685,567.86 | 222,268,042.35 | 17,437,796.64 | 628,898.16 | 409,020,305.01 |
| 01/11/2017 | 168,702,124.58 | 222,289,858.26 | 17,439,508.19 | 628,959.89 | 409,060,450.92 |
| 02/11/2017 | 168,718,681.29 | 222,311,674.17 | 17,441,219.73 | 629,021.62 | 409,100,596.81 |
| 03/11/2017 | 168,735,238.01 | 222,333,490.08 | 17,442,931.27 | 629,083.34 | 409,140,742.70 |
| 04/11/2017 | 168,751,794.73 | 222,355,305.99 | 17,444,642.82 | 629,145.07 | 409,180,888.61 |
| 05/11/2017 | 168,768,351.44 | 222,377,121.90 | 17,446,354.36 | 629,206.80 | 409,221,034.50 |
| 06/11/2017 | 168,784,908.16 | 222,398,937.81 | 17,448,065.90 | 629,268.53 | 409,261,180.40 |
| 07/11/2017 | 168,801,464.88 | 222,420,753.72 | 17,449,777.45 | 629,330.25 | 409,301,326.30 |
| 08/11/2017 | 168,818,021.59 | 222,442,569.63 | 17,451,488.99 | 629,391.98 | 409,341,472.19 |
| 09/11/2017 | 168,834,578.31 | 222,464,385.54 | 17,453,200.53 | 629,453.71 | 409,381,618.09 |
| 10/11/2017 | 168,851,135.03 | 222,486,201.45 | 17,454,912.08 | 629,515.43 | 409,421,763.99 |
| 11/11/2017 | 168,867,691.74 | 222,508,017.36 | 17,456,623.62 | 629,577.16 | 409,461,909.88 |
| 12/11/2017 | 168,884,248.46 | 222,529,833.27 | 17,458,335.16 | 629,638.89 | 409,502,055.78 |
| 13/11/2017 | 168,900,805.18 | 222,551,649.18 | 17,460,046.71 | 629,700.62 | 409,542,201.69 |
| 14/11/2017 | 168,917,361.90 | 222,573,465.09 | 17,461,758.25 | 629,762.34 | 409,582,347.58 |
| 15/11/2017 | 168,933,918.61 | 222,595,281.00 | 17,463,469.79 | 629,824.07 | 409,622,493.47 |
| 16/11/2017 | 168,950,475.33 | 222,617,096.90 | 17,465,181.34 | 629,885.80 | 409,662,639.37 |
| 17/11/2017 | 168,967,032.05 | 222,638,912.81 | 17,466,892.88 | 629,947.52 | 409,702,785.26 |
| 18/11/2017 | 168,983,588.76 | 222,660,728.72 | 17,468,604.42 | 630,009.25 | 409,742,931.15 |
| 19/11/2017 | 169,000,145.48 | 222,682,544.63 | 17,470,315.97 | 630,070.98 | 409,783,077.06 |
| 20/11/2017 | 169,016,702.20 | 222,704,360.54 | 17,472,027.51 | 630,132.71 | 409,823,222.96 |
| 21/11/2017 | 169,033,258.91 | 222,726,176.45 | 17,473,739.05 | 630,194.43 | 409,863,368.84 |
| 22/11/2017 | 169,049,815.63 | 222,747,992.36 | 17,475,450.60 | 630,256.16 | 409,903,514.75 |
| 23/11/2017 | 169,066,372.35 | 222,769,808.27 | 17,477,162.14 | 630,317.89 | 409,943,660.65 |
| 24/11/2017 | 169,082,929.07 | 222,791,624.18 | 17,478,873.68 | 630,379.62 | 409,983,806.55 |
| 25/11/2017 | 169,099,485.78 | 222,813,440.09 | 17,480,585.23 | 630,441.34 | 410,023,952.44 |
| 26/11/2017 | 169,116,042.50 | 222,835,256.00 | 17,482,296.77 | 630,503.07 | 410,064,098.34 |
| 27/11/2017 | 169,132,599.22 | 222,857,071.91 | 17,484,008.31 | 630,564.80 | 410,104,244.24 |
| 28/11/2017 | 169,149,155.93 | 222,878,887.82 | 17,485,719.86 | 630,626.52 | 410,144,390.13 |
| 29/11/2017 | 169,165,712.65 | 222,900,703.73 | 17,487,431.40 | 630,688.25 | 410,184,536.03 |
| 30/11/2017 | 169,182,269.37 | 222,922,519.64 | 17,489,142.94 | 630,749.98 | 410,224,681.93 |
| 01/12/2017 | 169,198,826.08 | 222,944,335.55 | 17,490,854.49 | 630,811.71 | 410,264,827.83 |
| 02/12/2017 | 169,215,382.80 | 222,966,151.45 | 17,492,566.03 | 630,873.43 | 410,304,973.71 |
| 03/12/2017 | 169,231,939.52 | 222,987,967.36 | 17,494,277.57 | 630,935.16 | 410,345,119.61 |
| 04/12/2017 | 169,248,496.23 | 223,009,783.27 | 17,495,989.12 | 630,996.89 | 410,385,265.51 |
| 05/12/2017 | 169,265,052.95 | 223,031,599.18 | 17,497,700.66 | 631,058.61 | 410,425,411.40 |
| 06/12/2017 | 169,281,609.67 | 223,053,415.09 | 17,499,412.20 | 631,120.34 | 410,465,557.30 |
| 07/12/2017 | 169,298,166.39 | 223,075,231.00 | 17,501,123.75 | 631,182.07 | 410,505,703.21 |
| 08/12/2017 | 169,314,723.10 | 223,097,046.91 | 17,502,835.29 | 631,243.80 | 410,545,849.10 |
| 09/12/2017 | 169,331,279.82 | 223,118,862.82 | 17,504,546.83 | 631,305.52 | 410,585,994.99 |
| 10/12/2017 | 169,347,836.54 | 223,140,678.73 | 17,506,258.38 | 631,367.25 | 410,626,140.90 |
| 11/12/2017 | 169,364,393.25 | 223,162,494.64 | 17,507,969.92 | 631,428.98 | 410,666,286.79 |
| 12/12/2017 | 169,380,949.97 | 223,184,310.55 | 17,509,681.46 | 631,490.70 | 410,706,432.68 |
| 13/12/2017 | 169,397,506.69 | 223,206,126.46 | 17,511,393.01 | 631,552.43 | 410,746,578.59 |
| 14/12/2017 | 169,414,063.40 | 223,227,942.37 | 17,513,104.55 | 631,614.16 | 410,786,724.48 |
| 15/12/2017 | 169,430,620.12 | 223,249,758.28 | 17,514,816.09 | 631,675.89 | 410,826,870.38 |
| 16/12/2017 | 169,447,176.84 | 223,271,574.19 | 17,516,527.64 | 631,737.61 | 410,867,016.28 |
| 17/12/2017 | 169,463,733.55 | 223,293,390.10 | 17,518,239.18 | 631,799.34 | 410,907,162.17 |
| 18/12/2017 | 169,480,290.27 | 223,315,206.01 | 17,519,950.72 | 631,861.07 | 410,947,308.07 |
| 19/12/2017 | 169,496,846.99 | 223,337,021.91 | 17,521,662.27 | 631,922.80 | 410,987,453.97 |
| 20/12/2017 | 169,513,403.71 | 223,358,837.82 | 17,523,373.81 | 631,984.52 | 411,027,599.86 |
| 21/12/2017 | 169,529,960.42 | 223,380,653.73 | 17,525,085.35 | 632,046.25 | 411,067,745.75 |
| 22/12/2017 | 169,546,517.14 | 223,402,469.64 | 17,526,796.90 | 632,107.98 | 411,107,891.66 |
| 23/12/2017 | 169,563,073.86 | 223,424,285.55 | 17,528,508.44 | 632,169.70 | 411,148,037.55 |
| 24/12/2017 | 169,579,630.57 | 223,446,101.46 | 17,530,219.98 | 632,231.43 | 411,188,183.44 |
| 25/12/2017 | 169,596,187.29 | 223,467,917.37 | 17,531,931.53 | 632,293.16 | 411,228,329.35 |
| 26/12/2017 | 169,612,744.01 | 223,489,733.28 | 17,533,643.07 | 632,354.89 | 411,268,475.25 |
| 27/12/2017 | 169,629,300.72 | 223,511,549.19 | 17,535,354.61 | 632,416.61 | 411,308,621.13 |
| 28/12/2017 | 169,645,857.44 | 223,533,365.10 | 17,537,066.16 | 632,478.34 | 411,348,767.04 |
| 29/12/2017 | 169,662,414.16 | 223,555,181.01 | 17,538,777.70 | 632,540.07 | 411,388,912.94 |
| 30/12/2017 | 169,678,970.88 | 223,576,996.92 | 17,540,489.24 | 632,601.79 | 411,429,058.83 |
| 31/12/2017 | 169,695,527.59 | 223,598,812.83 | 17,542,200.79 | 632,663.52 | 411,469,204.73 |
| 01/01/2018 | 169,712,084.31 | 223,620,628.74 | 17,543,912.33 | 632,725.25 | 411,509,350.63 |

| Date of Payment | KOMSA seperately | KNI seperately | KOMSA and KNI jointly | | Total Amount Due (in USD) |
| --- | --- | --- | --- | --- | --- |
| | | | Legal costs awarded | Arbitration costs awarded | |
| 02/01/2018 | 169,728,641.03 | 223,642,444.65 | 17,545,623.87 | 632,786.98 | 411,549,496.53 |
| 03/01/2018 | 169,745,197.74 | 223,664,260.56 | 17,547,335.42 | 632,848.70 | 411,589,642.42 |
| 04/01/2018 | 169,761,754.46 | 223,686,076.46 | 17,549,046.96 | 632,910.43 | 411,629,788.31 |
| 05/01/2018 | 169,778,311.18 | 223,707,892.37 | 17,550,758.50 | 632,972.16 | 411,669,934.21 |
| 06/01/2018 | 169,794,867.89 | 223,729,708.28 | 17,552,470.05 | 633,033.89 | 411,710,080.11 |
| 07/01/2018 | 169,811,424.61 | 223,751,524.19 | 17,554,181.59 | 633,095.61 | 411,750,226.00 |
| 08/01/2018 | 169,827,981.33 | 223,773,340.10 | 17,555,893.14 | 633,157.34 | 411,790,371.91 |
| 09/01/2018 | 169,844,538.04 | 223,795,156.01 | 17,557,604.68 | 633,219.07 | 411,830,517.80 |
| 10/01/2018 | 169,861,094.76 | 223,816,971.92 | 17,559,316.22 | 633,280.79 | 411,870,663.69 |
| 11/01/2018 | 169,877,651.48 | 223,838,787.83 | 17,561,027.77 | 633,342.52 | 411,910,809.60 |
| 12/01/2018 | 169,894,208.20 | 223,860,603.74 | 17,562,739.31 | 633,404.25 | 411,950,955.50 |
| 13/01/2018 | 169,910,764.91 | 223,882,419.65 | 17,564,450.85 | 633,465.98 | 411,991,101.39 |
| 14/01/2018 | 169,927,321.63 | 223,904,235.56 | 17,566,162.40 | 633,527.70 | 412,031,247.29 |
| 15/01/2018 | 169,943,878.35 | 223,926,051.47 | 17,567,873.94 | 633,589.43 | 412,071,393.19 |
| 16/01/2018 | 169,960,435.06 | 223,947,867.38 | 17,569,585.48 | 633,651.16 | 412,111,539.08 |
| 17/01/2018 | 169,976,991.78 | 223,969,683.29 | 17,571,297.03 | 633,712.88 | 412,151,684.98 |
| 18/01/2018 | 169,993,548.50 | 223,991,499.20 | 17,573,008.57 | 633,774.61 | 412,191,830.88 |
| 19/01/2018 | 170,010,105.21 | 224,013,315.11 | 17,574,720.11 | 633,836.34 | 412,231,976.77 |
| 20/01/2018 | 170,026,661.93 | 224,035,131.02 | 17,576,431.66 | 633,898.07 | 412,272,122.68 |
| 21/01/2018 | 170,043,218.65 | 224,056,946.92 | 17,578,143.20 | 633,959.79 | 412,312,268.56 |
| 22/01/2018 | 170,059,775.37 | 224,078,762.83 | 17,579,854.74 | 634,021.52 | 412,352,414.46 |
| 23/01/2018 | 170,076,332.08 | 224,100,578.74 | 17,581,566.29 | 634,083.25 | 412,392,560.36 |
| 24/01/2018 | 170,092,888.80 | 224,122,394.65 | 17,583,277.83 | 634,144.97 | 412,432,706.25 |
| 25/01/2018 | 170,109,445.52 | 224,144,210.56 | 17,584,989.37 | 634,206.70 | 412,472,852.15 |
| 26/01/2018 | 170,126,002.23 | 224,166,026.47 | 17,586,700.92 | 634,268.43 | 412,512,998.05 |
| 27/01/2018 | 170,142,558.95 | 224,187,842.38 | 17,588,412.46 | 634,330.16 | 412,553,143.95 |
| 28/01/2018 | 170,159,115.67 | 224,209,658.29 | 17,590,124.00 | 634,391.88 | 412,593,289.84 |
| 29/01/2018 | 170,175,672.38 | 224,231,474.20 | 17,591,835.55 | 634,453.61 | 412,633,435.74 |
| 30/01/2018 | 170,192,229.10 | 224,253,290.11 | 17,593,547.09 | 634,515.34 | 412,673,581.64 |
| 31/01/2018 | 170,208,785.82 | 224,275,106.02 | 17,595,258.63 | 634,577.07 | 412,713,727.54 |
| 01/02/2018 | 170,225,342.53 | 224,296,921.93 | 17,596,970.18 | 634,638.79 | 412,753,873.43 |
| 02/02/2018 | 170,241,899.25 | 224,318,737.84 | 17,598,681.72 | 634,700.52 | 412,794,019.33 |
| 03/02/2018 | 170,258,455.97 | 224,340,553.75 | 17,600,393.26 | 634,762.25 | 412,834,165.23 |
| 04/02/2018 | 170,275,012.69 | 224,362,369.66 | 17,602,104.81 | 634,823.97 | 412,874,311.13 |
| 05/02/2018 | 170,291,569.40 | 224,384,185.57 | 17,603,816.35 | 634,885.70 | 412,914,457.02 |
| 06/02/2018 | 170,308,126.12 | 224,406,001.47 | 17,605,527.89 | 634,947.43 | 412,954,602.91 |
| 07/02/2018 | 170,324,682.84 | 224,427,817.38 | 17,607,239.44 | 635,009.16 | 412,994,748.82 |
| 08/02/2018 | 170,341,239.55 | 224,449,633.29 | 17,608,950.98 | 635,070.88 | 413,034,894.70 |
| 09/02/2018 | 170,357,796.27 | 224,471,449.20 | 17,610,662.52 | 635,132.61 | 413,075,040.60 |
| 10/02/2018 | 170,374,352.99 | 224,493,265.11 | 17,612,374.07 | 635,194.34 | 413,115,186.51 |
| 11/02/2018 | 170,390,909.70 | 224,515,081.02 | 17,614,085.61 | 635,256.06 | 413,155,332.39 |
| 12/02/2018 | 170,407,466.42 | 224,536,896.93 | 17,615,797.15 | 635,317.79 | 413,195,478.29 |
| 13/02/2018 | 170,424,023.14 | 224,558,712.84 | 17,617,508.70 | 635,379.52 | 413,235,624.20 |
| 14/02/2018 | 170,440,579.85 | 224,580,528.75 | 17,619,220.24 | 635,441.25 | 413,275,770.09 |
| 15/02/2018 | 170,457,136.57 | 224,602,344.66 | 17,620,931.78 | 635,502.97 | 413,315,915.98 |
| 16/02/2018 | 170,473,693.29 | 224,624,160.57 | 17,622,643.33 | 635,564.70 | 413,356,061.89 |
| 17/02/2018 | 170,490,250.01 | 224,645,976.48 | 17,624,354.87 | 635,626.43 | 413,396,207.79 |
| 18/02/2018 | 170,506,806.72 | 224,667,792.39 | 17,626,066.41 | 635,688.15 | 413,436,353.67 |
| 19/02/2018 | 170,523,363.44 | 224,689,608.30 | 17,627,777.96 | 635,749.88 | 413,476,499.58 |
| 20/02/2018 | 170,539,920.16 | 224,711,424.21 | 17,629,489.50 | 635,811.61 | 413,516,645.48 |
| 21/02/2018 | 170,556,476.87 | 224,733,240.12 | 17,631,201.04 | 635,873.34 | 413,556,791.37 |
| 22/02/2018 | 170,573,033.59 | 224,755,056.03 | 17,632,912.59 | 635,935.06 | 413,596,937.27 |
| 23/02/2018 | 170,589,590.31 | 224,776,871.93 | 17,634,624.13 | 635,996.79 | 413,637,083.16 |
| 24/02/2018 | 170,606,147.02 | 224,798,687.84 | 17,636,335.67 | 636,058.52 | 413,677,229.05 |
| 25/02/2018 | 170,622,703.74 | 224,820,503.75 | 17,638,047.22 | 636,120.25 | 413,717,374.96 |
| 26/02/2018 | 170,639,260.46 | 224,842,319.66 | 17,639,758.76 | 636,181.97 | 413,757,520.85 |
| 27/02/2018 | 170,655,817.18 | 224,864,135.57 | 17,641,470.30 | 636,243.70 | 413,797,666.75 |
| 28/02/2018 | 170,672,373.89 | 224,885,951.48 | 17,643,181.85 | 636,305.43 | 413,837,812.65 |
| 01/03/2018 | 170,688,930.61 | 224,907,767.39 | 17,644,893.39 | 636,367.15 | 413,877,958.54 |
| 02/03/2018 | 170,705,487.33 | 224,929,583.30 | 17,646,604.93 | 636,428.88 | 413,918,104.44 |
| 03/03/2018 | 170,722,044.04 | 224,951,399.21 | 17,648,316.48 | 636,490.61 | 413,958,250.34 |
| 04/03/2018 | 170,738,600.76 | 224,973,215.12 | 17,650,028.02 | 636,552.34 | 413,998,396.24 |
| 05/03/2018 | 170,755,157.48 | 224,995,031.03 | 17,651,739.56 | 636,614.06 | 414,038,542.13 |
| 06/03/2018 | 170,771,714.19 | 225,016,846.94 | 17,653,451.11 | 636,675.79 | 414,078,688.03 |
| 07/03/2018 | 170,788,270.91 | 225,038,662.85 | 17,655,162.65 | 636,737.52 | 414,118,833.93 |
| 08/03/2018 | 170,804,827.63 | 225,060,478.76 | 17,656,874.19 | 636,799.24 | 414,158,979.82 |
| 09/03/2018 | 170,821,384.34 | 225,082,294.67 | 17,658,585.74 | 636,860.97 | 414,199,125.72 |
| 10/03/2018 | 170,837,941.06 | 225,104,110.58 | 17,660,297.28 | 636,922.70 | 414,239,271.62 |
| 11/03/2018 | 170,854,497.78 | 225,125,926.48 | 17,662,008.82 | 636,984.43 | 414,279,417.51 |
| 12/03/2018 | 170,871,054.50 | 225,147,742.39 | 17,663,720.37 | 637,046.15 | 414,319,563.41 |

| Date of Payment | KOMSA seperately | KNI seperately | KOMSA and KNI jointly | | Total Amount Due (in USD) |
| | | | Legal costs awarded | Arbitration costs awarded | |
|---|---|---|---|---|---|
| 13/03/2018 | 170,887,611.21 | 225,169,558.30 | 17,665,431.91 | 637,107.88 | 414,359,709.30 |
| 14/03/2018 | 170,904,167.93 | 225,191,374.21 | 17,667,143.45 | 637,169.61 | 414,399,855.20 |
| 15/03/2018 | 170,920,724.65 | 225,213,190.12 | 17,668,855.00 | 637,231.34 | 414,440,001.11 |
| 16/03/2018 | 170,937,281.36 | 225,235,006.03 | 17,670,566.54 | 637,293.06 | 414,480,146.99 |
| 17/03/2018 | 170,953,838.08 | 225,256,821.94 | 17,672,278.08 | 637,354.79 | 414,520,292.89 |
| 18/03/2018 | 170,970,394.80 | 225,278,637.85 | 17,673,989.63 | 637,416.52 | 414,560,438.80 |
| 19/03/2018 | 170,986,951.51 | 225,300,453.76 | 17,675,701.17 | 637,478.24 | 414,600,584.68 |
| 20/03/2018 | 171,003,508.23 | 225,322,269.67 | 17,677,412.71 | 637,539.97 | 414,640,730.58 |
| 21/03/2018 | 171,020,064.95 | 225,344,085.58 | 17,679,124.26 | 637,601.70 | 414,680,876.49 |
| 22/03/2018 | 171,036,621.67 | 225,365,901.49 | 17,680,835.80 | 637,663.43 | 414,721,022.39 |
| 23/03/2018 | 171,053,178.38 | 225,387,717.40 | 17,682,547.34 | 637,725.15 | 414,761,168.27 |
| 24/03/2018 | 171,069,735.10 | 225,409,533.31 | 17,684,258.89 | 637,786.88 | 414,801,314.18 |
| 25/03/2018 | 171,086,291.82 | 225,431,349.22 | 17,685,970.43 | 637,848.61 | 414,841,460.08 |
| 26/03/2018 | 171,102,848.53 | 225,453,165.13 | 17,687,681.97 | 637,910.33 | 414,881,605.96 |
| 27/03/2018 | 171,119,405.25 | 225,474,981.03 | 17,689,393.52 | 637,972.06 | 414,921,751.86 |
| 28/03/2018 | 171,135,961.97 | 225,496,796.94 | 17,691,105.06 | 638,033.79 | 414,961,897.76 |
| 29/03/2018 | 171,152,518.68 | 225,518,612.85 | 17,692,816.60 | 638,095.52 | 415,002,043.65 |
| 30/03/2018 | 171,169,075.40 | 225,540,428.76 | 17,694,528.15 | 638,157.24 | 415,042,189.55 |
| 31/03/2018 | 171,185,632.12 | 225,562,244.67 | 17,696,239.69 | 638,218.97 | 415,082,335.45 |
| 01/04/2018 | 171,202,188.83 | 225,584,060.58 | 17,697,951.23 | 638,280.70 | 415,122,481.34 |
| 02/04/2018 | 171,218,745.55 | 225,605,876.49 | 17,699,662.78 | 638,342.42 | 415,162,627.24 |
| 03/04/2018 | 171,235,302.27 | 225,627,692.40 | 17,701,374.32 | 638,404.15 | 415,202,773.14 |
| 04/04/2018 | 171,251,858.99 | 225,649,508.31 | 17,703,085.86 | 638,465.88 | 415,242,919.04 |
| 05/04/2018 | 171,268,415.70 | 225,671,324.22 | 17,704,797.41 | 638,527.61 | 415,283,064.94 |
| 06/04/2018 | 171,284,972.42 | 225,693,140.13 | 17,706,508.95 | 638,589.33 | 415,323,210.83 |
| 07/04/2018 | 171,301,529.14 | 225,714,956.04 | 17,708,220.49 | 638,651.06 | 415,363,356.73 |
| 08/04/2018 | 171,318,085.85 | 225,736,771.95 | 17,709,932.04 | 638,712.79 | 415,403,502.63 |
| 09/04/2018 | 171,334,642.57 | 225,758,587.86 | 17,711,643.58 | 638,774.52 | 415,443,648.53 |
| 10/04/2018 | 171,351,199.29 | 225,780,403.77 | 17,713,355.12 | 638,836.24 | 415,483,794.42 |
| 11/04/2018 | 171,367,756.00 | 225,802,219.68 | 17,715,066.67 | 638,897.97 | 415,523,940.32 |
| 12/04/2018 | 171,384,312.72 | 225,824,035.59 | 17,716,778.21 | 638,959.70 | 415,564,086.22 |
| 13/04/2018 | 171,400,869.44 | 225,845,851.49 | 17,718,489.75 | 639,021.42 | 415,604,232.10 |
| 14/04/2018 | 171,417,426.15 | 225,867,667.40 | 17,720,201.30 | 639,083.15 | 415,644,378.00 |
| 15/04/2018 | 171,433,982.87 | 225,889,483.31 | 17,721,912.84 | 639,144.88 | 415,684,523.90 |
| 16/04/2018 | 171,450,539.59 | 225,911,299.22 | 17,723,624.38 | 639,206.61 | 415,724,669.80 |
| 17/04/2018 | 171,467,096.31 | 225,933,115.13 | 17,725,335.93 | 639,268.33 | 415,764,815.70 |
| 18/04/2018 | 171,483,653.02 | 225,954,931.04 | 17,727,047.47 | 639,330.06 | 415,804,961.59 |
| 19/04/2018 | 171,500,209.74 | 225,976,746.95 | 17,728,759.01 | 639,391.79 | 415,845,107.49 |
| 20/04/2018 | 171,516,766.46 | 225,998,562.86 | 17,730,470.56 | 639,453.51 | 415,885,253.39 |
| 21/04/2018 | 171,533,323.17 | 226,020,378.77 | 17,732,182.10 | 639,515.24 | 415,925,399.28 |
| 22/04/2018 | 171,549,879.89 | 226,042,194.68 | 17,733,893.64 | 639,576.97 | 415,965,545.18 |
| 23/04/2018 | 171,566,436.61 | 226,064,010.59 | 17,735,605.19 | 639,638.70 | 416,005,691.09 |
| 24/04/2018 | 171,582,993.32 | 226,085,826.50 | 17,737,316.73 | 639,700.42 | 416,045,836.97 |
| 25/04/2018 | 171,599,550.04 | 226,107,642.41 | 17,739,028.27 | 639,762.15 | 416,085,982.87 |
| 26/04/2018 | 171,616,106.76 | 226,129,458.32 | 17,740,739.82 | 639,823.88 | 416,126,128.78 |
| 27/04/2018 | 171,632,663.48 | 226,151,274.23 | 17,742,451.36 | 639,885.60 | 416,166,274.67 |
| 28/04/2018 | 171,649,220.19 | 226,173,090.14 | 17,744,162.90 | 639,947.33 | 416,206,420.56 |
| 29/04/2018 | 171,665,776.91 | 226,194,906.04 | 17,745,874.45 | 640,009.06 | 416,246,566.46 |
| 30/04/2018 | 171,682,333.63 | 226,216,721.95 | 17,747,585.99 | 640,070.79 | 416,286,712.36 |

Attachment 2
Award of 30 October 2017
(Intentionally Omitted)