CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| KOCH MINERALS SÀRL and KOCH NITROGEN INTERNATIONAL SÀRL, Plaintiff | ) | Civil Action No.________________________ |
| vs | ) | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, Defendant | ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for Plaintiff Koch Nitrogen International Sàrl certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Koch Nitrogen International Sàrl which have any outstanding securities in the hands of the public:

Koch Nitrogen International Sàrl is a private company and has no parent company, affiliate or majority-owned subsidiary having outstanding securities traded in any public market.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Michael J. Klisch
Signature

429711 (DC)
BAR IDENTIFICATION NO.

Michael J. Klisch - Cooley LLP
Print Name

1299 Pennsylvania Avenue, NW, #700
Address

Washington, DC 20004
City State Zip Code

(202) 842-7800
Phone Number