CO-386-online
10/03

# United States District Court
# For the District of Columbia

KOCH MINERALS SÀRL and KOCH NITROGEN INTERNATIONAL SÀRL )
)
)
)
)
        Plaintiff )
vs )
BOLIVARIAN REPUBLIC OF VENEZUELA )
)
)
)
        Defendant )

Civil Action No. 1:17-cv-02559-KBJ

**CERTIFICATE RULE LCvR 7.1**[1]

I, the undersigned, counsel of record for **Plaintiff Koch Minerals Sàrl** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Koch Minerals Sàrl** which have any outstanding securities in the hands of the public:

Koch Minerals Sàrl is a private company and has no parent company, affiliate or majority-owned subsidiary having outstanding securities traded in any public market.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Michael J. Klisch
Signature

429711 (DC)
BAR IDENTIFICATION NO.

Michael J. Klisch - Cooley LLP
Print Name

1299 Pennsylvania Avenue, NW, #700
Address

Washington, DC 20004
City    State    Zip Code

(202) 842-7800
Phone Number

---

[1] Plaintiff Koch Minerals Sàrl filed a copy of this certificate on November 28, 2017. Plaintiff re-files this certificate because its initial certificate no longer appears on the docket.