28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

<u>Koch Minerals Sàrl and Koch Nitrogen International Sàrl</u>  )
        *Plaintiff*  )
        )
    v.  )  Civil Action No. 17-cv-02559-KBJ
        )
<u>Bolivarian Republic of Venezuela</u>  )
        )
        *Defendant*  )

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*  BOLIVARIAN REPUBLIC OF VENEZUELA
Ministerio del Poder Popular para Relaciones Exteriores Oficina de Relaciones Consulares
Avenida Urdaneta, Esquina Carmelitas a Puente Llaguno, Piso 1 del Edificio Anexo a la Torre MRE
Caracas, 1010, República Bolivariana de Venezuela

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mark D. Beckett
    COOLEY LLP
    1114 Avenue of the Americas
    Floor 48
    New York, NY 10036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 5/24/2018

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No. 17-cv-02559-KBJ

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: