IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOCH MINERALS SÀRL<br>Chemin des Primevères 45<br>Fribourg, 1700<br>Switzerland<br><br>KOCH NITROGEN INTERNATIONAL SÀRL<br>Chemin des Primevères 45<br>Fribourg, 1700<br>Switzerland,<br><br>*Plaintiffs,*<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br>Ministerio del Poder Popular para Relaciones Exteriores<br>Oficina de Relaciones Consulares<br>Avenida Urdaneta<br>Esquina Carmelitas a Puente Llaguno<br>Piso 1 del Edificio Anexo a la Torre MRE<br>Caracas, 1010<br>República Bolivariana de Venezuela,<br><br>*Defendant.* | Civil Action No. 1:17-cv-02559 |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS**

PLEASE TAKE NOTICE that Koch Mineral Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI") (collectively "Plaintiffs"), have retained Alston & Bird LLP to substitute as counsel for Cooley LLP in the above-captioned matter.

Withdrawing counsel for Plaintiffs KOMSA and KNI are:

1. Mark D. Beckett
   COOLEY, LLP
   1114 Avenue of the Americas
   46th Floor
   New York, NY 10036
   (212) 408-5226
   Fax: (646) 710-5226
   Email: mbeckett@cooley.com

2. Nathaniel M. Putnam
   COOLEY, LLP
   1114 Avenue of the Americas
   46th Floor
   New York, NY 10036
   (212) 479-6703
   Fax: (212) 479-6275
   Email: nputnam@cooley.com

3. Michael Joseph Klisch
   COOLEY, LLP
   1299 Pennsylvania Avenue, NW
   Suite 700
   Washington, DC 20004
   (202) 842-7800
   Fax: (202) 842-7899
   Email: mklisch@cooley.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiffs KOMSA and KNI:

1. Alexander A. Yanos
   Alston & Bird LLP
   90 Park Avenue
   New York, NY 10016
   Phone: 212-210-9584
   Fax: 212-210-9444
   E-mail: alex.yanos@alston.com

2. Carlos Ramos-Mrosovsky
   Alston & Bird LLP
   90 Park Avenue
   New York,
   NY 10016
   Phone: 212-210-9585
   Fax: 212-210-9444
   E-mail: carlos.ramos-mrosovsky@alston.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: June 27, 2018                             KOMSA

                                                 By: _____ attorney for

DATED: June 27, 2018                             KMI

                                                 By: _____ attorney for

DATED: July 17, 2018                             COOLEY LLP

                                                 By: _____
                                                     MARK D. BECKETT

DATED: July 17, 2018                             ALSTON & BIRD LLP

                                                 By: _____
                                                     ALEXANDER A. YANOS

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: July 17, 2018                             ALSTON & BIRD LLP

                                                 By: _____
                                                     ALEXANDER A. YANOS

3