# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOCH MINERALS SÀRL<br>Chemin des Primevères 45<br>Fribourg, 1700<br>Switzerland<br><br>KOCH NITROGEN INTERNATIONAL SÀRL<br>Chemin des Primevères 45<br>Fribourg, 1700<br>Switzerland,<br><br>*Plaintiffs,*<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br>Ministerio del Poder Popular para Relaciones Exteriores<br>Oficina de Relaciones Consulares<br>Avenida Urdaneta<br>Esquina Carmelitas a Puente Llaguno<br>Piso 1 del Edificio Anexo a la Torre MRE<br>Caracas, 1010<br>República Bolivariana de Venezuela,<br><br>*Defendant.* | Civil Action No. 1:17-cv-02559 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to LCvR 83.6, Alexander A. Yanos of Alston & Bird LLP, hereby enters his appearance as an attorney of record on behalf of Plaintiffs, Koch Mineral Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI"), in the above-captioned action.

Submitted this 18th day of July, 2018.

                                           /s/ Alexander A. Yanos
                                           Alexander A. Yanos
                                           DDC Bar No. NY0219
                                           alex.yanos@alston.com

        Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Phone: 212-210-9584
Fax: 212-210-9444

*Attorney for Plaintiffs*