## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOCH MINERALS SÀRL<br>Chemin des Primevères 45<br>Fribourg, 1700<br>Switzerland<br><br>KOCH NITROGEN INTERNATIONAL SÀRL<br>Chemin des Primevères 45<br>Fribourg, 1700<br>Switzerland,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA<br>Ministerio del Poder Popular para Relaciones<br>Exteriores<br>Oficina de Relaciones Consulares<br>Avenida Urdaneta<br>Esquina Carmelitas a Puente Llaguno<br>Piso 1 del Edificio Anexo a la Torre MRE<br>Caracas, 1010<br>República Bolivariana de Venezuela,<br><br>*Defendant.* | Civil Action No. 1:17-cv-02559 |

### SUPPLEMENTAL DECLARATION OF KRISTEN K. BROMBEREK

I, Kristen K. Bromberek, offer this supplementary declaration under LCvR 83.2(d)(5) in support of my pending application to appear *pro hac vice* before the Court (ECF No. 14), as required by the Court's 23 July, 2018, order.

1.      In the last two years, I have not been admitted *pro hac vice* in this Court.

2.      I certify under penalty of perjury that the foregoing statements are true and correct.

Date:  July 24, 2018

Kristen K. Bromberek