**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KOCH MINERALS SÀRL<br>Chemin Des Primeveres 45<br>Fribourg, 1700 Switzerland<br><br>KOCH NITROGEN INTERNATIONAL SÀRL<br>Chemin de Primeveres 45<br>Case Postale 592<br>Fribourg, 1701 Switzerland<br><br>     *Plaintiffs*,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA;<br>Ministerio del Poder Popular para Relaciones Exteriores<br>Oficina de Relaciones Consulares<br>Avenida Urdaneta<br>Esquina Carmelitas a Puente Llaguno<br>Piso 1 del Edificio Anexo a la Torre MRE<br>Caracas, 1010<br>República Bolivariana de Venezuela,<br><br>     *Defendant*, | Civil Action No: 17-cv-02559-KBJ |

## DECLARATION OF ALEXANDER A. YANOS

Pursuant to 28 U.S.C § 1746, I, Alexander A. Yanos, hereby declare as follows;

1. I am an attorney at Alston & Bird, LLP and counsel for Koch Minerals Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI") (collectively "the Koch Plaintiffs") in the above-captioned matter.

2. I submit this declaration in support of the Report on Status of Service of Process filed on November 13, 2018.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Koch Plaintiffs' "Request for Service Abroad of Judicial or Extrajudicial Documents," dated January 11, 2018.

4. Attached hereto as Exhibit 2 is a true and correct copy of a FedEx Proof of Delivery, dated January 25, 2018.

5. Attached hereto as Exhibit 3 is a true and correct copy of "Venezuela – Central Authority & Practical Information" from the website of the Hague Conference on Private International Law, available at https://www.hcch.net/en/states/authorities/details3/?aid=280 (last updated on October 8, 2018).

6. Attached hereto as Exhibit 4 is a true and correct copy of the Koch Plaintiffs' "Request for Service Abroad of Judicial or Extrajudicial Documents," dated June 1, 2018.

7. Attached hereto as Exhibit 5 is a true and correct copy of a FedEx Proof of Delivery, dated June 13, 2018.

8. Attached hereto as Exhibit 6 is a true and correct copy of "Case Details: *Koch Minerals Sàrl & Koch Nitrogen Int'l Sàrl v. Bolivarian Republic of Venezuela*, ICSID Case No. ARB/11/19," available on the website of the International Centre for Settlement of Investment Disputes at https://icsid.worldbank.org/en/Pages/cases/casedetail.aspx?CaseNo=ARB/11/19.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 13, 2018  
       New York, New York

Respectfully submitted,  
/s/Alex Yanos  
Alex Yanos (Bar No. NY0219)  
ALSTON & BIRD LLP  
90 Park Avenue  
New York, NY 10016  
Tel: 202-210-9400  
Fax: 212-210-9444  
alex.yanos@alston.com