IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOCH MINERALS SÀRL<br>Chemin Des Primeveres 45<br>Fribourg, 1700<br>Switzerland<br><br>KOCH NITROGEN INTERNATIONAL SÀRL<br>Chemin de Primeveres 45<br>Case Postale 592<br>Fribourg, 1701<br>Switzerland,<br><br>   *Plaintiffs*,<br><br>   *v.*<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA;<br>Ministerio del Poder Popular para Relaciones Exteriores<br>Oficina de Relaciones Consulares<br>Avenida Urdaneta<br>Esquina Carmelitas a Puente Llaguno<br>Piso 1 del Edificio Anexo a la Torre MRE<br>Caracas, 1010<br>República Bolivariana de Venezuela,<br><br>   *Defendant*. | Civil Action No: 17-cv-02559-KBJ |

**THIRD REPORT ON STATUS OF SERVICE OF PROCESS**

In compliance with the Court's Minute Order of October 24, 2018, Koch Minerals Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI") (collectively "the Koch Plaintiffs") respectfully submit this third report to the Court concerning the status of service of process on the Bolivarian Republic of Venezuela ("Venezuela" or the "Defendant") in their action to enforce an international arbitral award ("the Award") rendered against Venezuela pursuant to the Convention on the Settlement of Investment Disputes between States and Nationals of Other States, March 18 1965, 17 U.S.T. 1270 (the "ICSID Convention"):

1

1. As previously reported to the Court (ECF # 18), Venezuela has now twice been successfully served pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (1965) ("Hague Service Convention").

2. Specifically, Venezuela's Ministry of the Popular Power for External Relations (*Ministerio del Poder Popular para Relaciones Exteriores*) (the "Foreign Ministry") accepted service of the original Complaint in this action, together with supporting documents, on January 25, 2018.  ECF # 18, Ex. 2.  The Foreign Ministry then accepted service of the Koch Plaintiffs' Amended Complaint, together with supporting documents, on June 13, 2018.  ECF # 18, Ex. 5.

3. The delivery to and acceptance by the Foreign Ministry completed service because Venezuela was <u>itself</u> the party to be served.  ECF # 18, ¶ 2; ECF # 19, ¶ 3.  *See also Scheck v. Republic of Argentina*, No. 10 Civ.5167, 2011 WL 2118795, *4 (S.D.N.Y. May 23, 2011) (holding that the service of process was proper because plaintiffs transmitted documents "more than <u>nine months ago</u>, and no certificate of any kind has been received even though plaintiffs made every reasonable effort to obtain it by contacting the Ministry in Argentina.") (emphasis added).

4. As of the filing of this third status report, Venezuela is now <u>nine</u> months into default.

5. Enforcement of the underlying Award has been provisionally stayed.  Pursuant to Article 52(5) of the ICSID Convention, Venezuela's August 17, 2018 application to annul the Award automatically triggered a provisional stay of enforcement of the Award.  ECF # 18.  An *ad hoc* committee appointed by the Secretary-General of ICSID to consider Venezuela's challenge to the Award pursuant to Article 52 of the ICSID Convention is still weighing the parties' submissions as to whether it should lift or continue that stay.  *Id.*   The Koch Plaintiffs

are considering their options in light of the *ad hoc* committee's delayed decision on the lifting of the stay.

6. The Koch Plaintiffs will submit a further report to the Court within 60 days as required by the Court's Minute Order of October 24, 2018 or promptly upon any change in the status of the provisional stay.

| | |
|---|---|
| Dated: March 15, 2019<br>New York, New York | Respectfully submitted,<br><br>*/s/ Alex Yanos*<br>_____<br>Alex Yanos (Bar No. NY0219)<br>Carlos Ramos-Mrosovsky (Bar No. 986363)<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel:   212-210-9400<br>Fax:  212-210-9444<br>alex.yanos@alston.com<br>carlos.ramos-mrosovsky@alston.com<br><br>*Counsel for Koch Minerals Sàrl and Koch Nitrogen International Sàrl* |