## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOCH MINERALS SÀRL<br>Chemin Des Primeveres 45<br>Fribourg, 1700<br>Switzerland<br><br>KOCH NITROGEN INTERNATIONAL SÀRL<br>Chemin de Primeveres 45<br>Case Postale 592<br>Fribourg, 1701<br>Switzerland,<br><br>   *Plaintiffs*,<br><br>     *v.*<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA;<br>Ministerio del Poder Popular para Relaciones Exteriores<br>Oficina de Relaciones Consulares<br>Avenida Urdaneta<br>Esquina Carmelitas a Puente Llaguno<br>Piso 1 del Edificio Anexo a la Torre MRE<br>Caracas, 1010<br>República Bolivariana de Venezuela,<br><br>   *Defendant*. | Civil Action No: 17-cv-02559-KBJ |

## **REQUEST FOR CLERK TO ENTER DEFAULT**

   Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs and Arbitration Award Creditors Koch Minerals Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI") (collectively "the Koch Plaintiffs" or "Plaintiffs") respectfully request that the Clerk enter a default against Defendant the Bolivarian Republic of Venezuela ("Venezuela") on the basis that the record in this case, including but not limited to the accompanying Declaration of Alexander A. Yanos, shows that Venezuela has failed to plead or otherwise defend.

| | |
|---|---|
| Dated: May 9, 2019<br>New York, New York | Respectfully submitted,<br><br>*[signature]*<br><br>Alex Yanos (Bar No. NY0219)<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel:   202-210-9400<br>Fax:   212-210-9444<br>alex.yanos@alston.com<br><br>*Counsel for Koch Minerals Sàrl and Koch Nitrogen International Sàrl* |