**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KOCH MINERALS SÀRL<br>Chemin Des Primeveres 45<br>Fribourg, 1700<br>Switzerland<br><br>KOCH NITROGEN INTERNATIONAL SÀRL<br>Chemin de Primeveres 45<br>Case Postale 592<br>Fribourg, 1701<br>Switzerland,<br><br>   *Plaintiffs*,<br><br>   *v.*<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA;<br>Ministerio del Poder Popular para Relaciones Exteriores<br>Oficina de Relaciones Consulares<br>Avenida Urdaneta<br>Esquina Carmelitas a Puente Llaguno<br>Piso 1 del Edificio Anexo a la Torre MRE<br>Caracas, 1010<br>República Bolivariana de Venezuela,<br><br>   *Defendant*. | Civil Action No: 17-cv-02559-KBJ |

**FOURTH REPORT ON STATUS OF SERVICE OF PROCESS**

In compliance with the Court's Minute Order of October 24, 2018, Koch Minerals Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI") (collectively "the Koch Plaintiffs") respectfully submit this fourth report to the Court concerning the status of service of process on the Bolivarian Republic of Venezuela ("Venezuela" or the "Defendant") in their action to enforce an international arbitral award ("the Award") rendered against Venezuela pursuant to the Convention on the Settlement of Investment Disputes between States and Nationals of Other States, March 18 1965, 17 U.S.T. 1270 (the "ICSID Convention"):

1

1. As previously reported to the Court (ECF # 18), Venezuela has now twice been successfully served pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (1965) ("Hague Service Convention").

2. Venezuela, however, has failed to respond within 60 days of service of the Koch Plaintiffs' Complaint as required under 28 U.S.C. § 1608(d).

3. The *ad hoc* committee appointed by the Secretary-General of the World Bank's International Centre for Settlement of Investment Disputes ("ICSID") to consider Venezuela's challenge to the Award pursuant to Article 52 of the ICSID Convention lifted the stay on enforcement of the Award on April 1, 2019.

4. Accordingly, on May 9, 2019, the Koch Plaintiffs requested (ECF # 21) that the Clerk enter a default against Venezuela pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

5. The Koch Plaintiffs will submit a further report to the Court within 60 days as required by the Court's Minute Order of October 24, 2018.

Dated:  May 14, 2019
New York, New York

Respectfully submitted,

/s/ Alex Yanos

Alex Yanos (Bar No. NY0219)
Carlos Ramos-Mrosovsky (Bar No. 986363)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel:    212-210-9400
Fax:    212-210-9444
alex.yanos@alston.com
carlos.ramos-mrosovsky@alston.com

*Counsel for Koch Minerals Sàrl and Koch Nitrogen International Sàrl*

2