

June 20,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781230914859**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | J.OSE VERA | **Delivery location:** | AV. URDANETA TORRE MRE |
| | | | CARACAS, 1010 1010 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Jun 13, 2018 12:38 |
| **Special Handling:** | Deliver Weekday | | |



| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 781230914859 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 20.0 lbs/9.1 kg |

**Recipient:**
MINISTRY OF POPULAR POWER
CONSULAR RELATIONS OFFICE
URDANETA AVENUE
CARMELITE CORNER TO LLAGUNO BRIDGE
CARACAS, 1010 1010 VE
**Reference**

**Shipper:**
NATHANIEL PUTNAM
COOLEY LLP
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036 US

332849-201-23361

Thank you for choosing FedEx.