Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

KOCH MINERALS SARL et al

_____
Plaintiff(s)

v.

BOLIVARIAN REPUBLIC OF VENEZUELA
_____
Defendant(s)

Civil Action: **17-cv-02559-KBJ**

RE: BOLIVARIAN REPUBLIC OF VENEZUELA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 06/13/2018, and an affidavit on behalf of the plaintiff having been filed, it is this  14  day of  May , 2019 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/Jackie Francis
Deputy Clerk