**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KOCH MINERALS SÀRL<br>Chemin Des Primeveres 45<br>Fribourg, 1700<br>Switzerland<br><br>KOCH NITROGEN INTERNATIONAL SÀRL<br>Chemin de Primeveres 45<br>Case Postale 592<br>Fribourg, 1701<br>Switzerland,<br><br>      *Plaintiffs*,<br><br>      *v.*<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA;<br>Ministerio del Poder Popular para Relaciones Exteriores<br>Oficina de Relaciones Consulares<br>Avenida Urdaneta<br>Esquina Carmelitas a Puente Llaguno<br>Piso 1 del Edificio Anexo a la Torre MRE<br>Caracas, 1010<br>República Bolivariana de Venezuela,<br><br>      *Defendant*. | Civil Action No: 17-cv-02559-KBJ |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to LCvR 83.6, Rajat Rana of Alston & Bird LLP, hereby enters his appearance as an attorney of record on behalf of the Plaintiffs, Koch Minerals Sàrl and Koch Nitrogen International Sàrl, in the above-captioned action.

Submitted this 16th day of May, 2019.

                                                                  /s/ *Rajat Rana*
                                                                  Rajat Rana
                                                                  DC Bar No. 1032596
                                                                  Rajat.rana@alston.com

Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Phone: 212-210-9463
Fax: 212-210-9444

*Attorney for Plaintiffs*