**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KOCH MINERALS SÀRL<br>Chemin Des Primeveres 45<br>Fribourg, 1700<br>Switzerland<br><br>KOCH NITROGEN INTERNATIONAL SÀRL<br>Chemin de Primeveres 45<br>Case Postale 592<br>Fribourg, 1701<br>Switzerland,<br><br>   *Plaintiffs*,<br><br>   *v.*<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA;<br>Ministerio del Poder Popular para Relaciones Exteriores<br>Oficina de Relaciones Consulares<br>Avenida Urdaneta<br>Esquina Carmelitas a Puente Llaguno<br>Piso 1 del Edificio Anexo a la Torre MRE<br>Caracas, 1010<br>República Bolivariana de Venezuela,<br><br>   *Defendant*. | Civil Action No: 17-cv-02559-DAR |

## JOINT STATUS REPORT

On November 28, 2017, Plaintiffs filed a complaint against the Bolivarian Republic of Venezuela for enforcement of an ICSID arbitral award. (ECF No. 1.) The case was assigned to Judge Ketanji Brown Jackson on December 4, 2017. About six months later on May 23, 2018, Plaintiffs filed an amended complaint to incorporate the arbitral tribunal's rectification to reduce the arbitral award. The case was then automatically stayed from August 2018 to April 2019 during an ICSID annulment proceeding.

1

On May 14, 2019, the Clerk of this Court entered an Entry of Default. (ECF No. 24.) On May 20, 2019, the case was referred to Magistrate Judge Deborah A. Robinson. On May 29, 2019, Plaintiffs consented to a magistrate judge conducting all proceedings in this case and ordering the entry of a final judgment. (ECF No. 27), and the case was directly reassigned to Magistrate Judge Deborah A. Robinson on May 31, 2019. However, "[a] magistrate judge may exercise this authority only if all parties voluntarily consent." (ECF No. 27; ECF No. 28.) At no point has Venezuela provided such consent.

On August 2, 2019, Venezuela filed Motions To Set Aside the Clerk's Entry of Default and To Dismiss the Complaint for Lack of Personal Jurisdiction. (ECF No. 30.) Plaintiffs filed their response on August 16, 2019 (ECF No. 32), and Venezuela in turn filed its reply on August 23, 2019. (ECF No. 33.) Accordingly, the motions are fully briefed and submitted.

It is the position of Venezuela that these motions should be decided by the district court judge and the case dismissed. Plaintiffs do not agree.

Respectfully submitted:

| | |
|---|---|
| Date: New York, New York<br>August 27, 2019 | Date: New York, New York<br>August 27, 2019 |
| By: /s/ Alex Yanos<br>Alex Yanos (Bar No. NY0219)<br>Carlos Ramos-Mrosovsky (Bar No. 986363)<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel:   212-210-9400<br>Fax:  212-210-9444<br>alex.yanos@alston.com<br>carlos.ramos-mrosovsky@alston.com<br><br>*Counsel for Koch Minerals Sàrl and Koch Nitrogen International Sàrl* | By: /s/ Joseph D. Pizzurro<br>Joseph D. Pizzurro (D.C. Bar No. 468922)<br>Kevin A. Meehan (D.C. Bar No. 1613059)<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel.: (202) 452-7373<br>Fax: (202) 452-7333<br>jpizzurro@curtis.com<br>kmeehan@curtis.com<br><br>*Attorneys for Defendant Bolivarian Republic of Venezuela* |