**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KOCH MINERALS SÀRL<br>Chemin Des Primeveres 45<br>Fribourg, 1700<br>Switzerland<br><br>KOCH NITROGEN INTERNATIONAL SÀRL<br>Chemin de Primeveres 45<br>Case Postale 592<br>Fribourg, 1701<br>Switzerland,<br><br>   *Plaintiffs*,<br><br>   *v.*<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA;<br>Ministerio del Poder Popular para Relaciones Exteriores<br>Oficina de Relaciones Consulares<br>Avenida Urdaneta<br>Esquina Carmelitas a Puente Llaguno<br>Piso 1 del Edificio Anexo a la Torre MRE<br>Caracas, 1010<br>República Bolivariana de Venezuela,<br><br>   *Defendant*. | Civil Action No: 17-cv-02559-KBJ |

## DECLARATION OF ALEXANDER A. YANOS

I, ALEXANDER A. YANOS, declare as follows:

1. I am attorney of record for Plaintiffs and Arbitration Award Creditors Koch Minerals Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI") (collectively "the Koch Parties") in this case. I make this declaration based on my personal knowledge and in support of the Koch Parties' Supplemental Memorandum Pursuant to the Court's December 10, 2019 Order.

2. A true and correct copy of the December 9, 2019 Venezuela sanctions "FAQS" 808 and 809 as published on the website of the US Department of Treasury,

1

2

https://www.treasury.gov/resource-center/faqs/sanctions/pages/faq_other.aspx (last visited Dec. 18, 2019), is attached as Exhibit 1.

3. A true and correct copy of the decision of the United States District Court for the District of Delaware in *Saint-Gobain Performance Plastics Europe v. Venezuela*, No. 18-cv-1963-LPS (D. Del. Dec. 12, 2019) (ECF No. 39) is attached as Exhibit 2.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York
December 20, 2019

*[signature]*

Alex Yanos
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel:   212-210-9400
Fax:   212-210-9444
alex.yanos@alston.com

2