IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOCH MINERALS SARL et al, <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA <br><br> Defendant | Civil Action No. 1:17-cv-02559-ZMF |

**UNOPPOSED MOTION FOR A STATUS CONFERENCE**

Koch Minerals Sàrl and Koch Nitrogen International Sàrl (collectively "Plaintiffs"), by and through their counsel, Alston & Bird LLP, respectfully move this Court to convene a status conference within the next thirty days to address the status of this proceeding, especially in light of recent developments in related proceedings before the United States District Court for the District of Delaware and the recent reassignment of this case.

Plaintiffs have conferred with the Bolivarian Republic of Venezuela ("Venezuela") prior to filing this Motion pursuant to LCvR 7(m). Venezuela does not oppose the Motion, without prejudice, however, to its position on the referral of this matter to a Magistrate Judge. Plaintiffs request that this conference be held via teleconference or video conference, as permitted by Phase 2 of the Court's Phased Restoration of Operations. In support of this Motion, Plaintiffs submit as follows:

1.  Plaintiffs brought this action to recognize and enter judgment on an arbitration award rendered against Venezuela in November of 2017 pursuant to the Convention on the Settlement of Investment Disputes between States and Nationals of Other States (the "ICSID Convention") and 22 U.S.C. § 1650a. After Venezuela failed to appear and timely respond to Plaintiffs' Amended

1

Complaint, Plaintiffs moved for default judgment on May 16, 2019.  ECF No. 25.  It was not until August of 2019 that Venezuela appeared and filed a Motion to Set Aside Default, as well as a Motion to Dismiss for Lack of Jurisdiction.  ECF No. 30.  Plaintiffs have since responded to Venezuela's motion, ECF No. 32, and oral argument was heard before Magistrate Judge Robinson on December 10, 2019.  The parties filed supplemental memoranda for the Court's consideration on December 20, 2019, ECF Nos. 35–37, and the case is now fully briefed.

2. While Plaintiffs seek to enforce their arbitration award against Venezuela before this Court, several judgment creditors of Venezuela and/or of its state oil company, Petróleos de Venezuela ("PDVSA") have appeared before the United States District Court for the District of Delaware seeking to auction the only commercial assets of Venezuela in the United States out of which any judgment in Plaintiff's favor can likely be recovered.

3. In particular, on June 9, 2017, the United States District Court for the District of Columbia authorized Canadian mining company Crystallex to register its judgment confirming a $1.2 billion investor-state arbitration against Venezuela in the District of Delaware.  *See Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, 2017 U.S. Dist. LEXIS 221611, *6 (granting Crystallex's motion to register judgment).  The District of Delaware thereafter ruled that PDVSA was the alter ego of Venezuela and that Crystallex could seek a writ of attachment against PDVSA-owned shares in PDV Holding Inc. ("PDVH"), a Delaware corporation, in order to satisfy the judgement enforcing the underlying arbitration award.  *See Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, 333 F. Supp. 3d 380, 414 (D. Del. 2018).  That decision was subsequently affirmed by the Third Circuit.  *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, 932 F.3d 126, 132 (3d Cir. 2019), *cert. denied*, 206 L. Ed. 2d 936 (U.S. 2020).

4.	Following the Supreme Court's May 18, 2020 denial of certiorari, *Bolivarian Republic of Venezuela v. Crystallex Int'l Corp.*, 206 L.Ed.2d 936 (U.S. 2020), the Delaware District Court lifted its stay of the proceedings and ordered Crystallex and Venezuela—as well as third party intervenors—to brief issues including the mechanics of how the shares of PDVH common stock against which Plaintiff intends to execute its judgment may be sold.  *See* Memorandum Order at 1, *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, 1:17-mc-00151 (D. Del. May 22, 2020) ECF Nos. 174, 175.  Crystallex has since moved for an Order of Sale (*id*. at ECF No. 181) while Venezuela has sought relief from the Delaware Court's final judgment pursuant to Federal Rule 60(b) (*id*. at ECF No. 183) and PDVH has moved to quash the writ of attachment (*id*. at ECF No. 178).  The District Court in Delaware most recently held a hearing to determine the procedures for a potential sale of Venezuela's assets on September 17, 2020.  *See id.* at ECF No. 218.

5.	Nor is Crystallex the only creditor presently seeking to enforce a judgment against the shares of PDVH before the federal district court in Delaware.  ConocoPhillips registered an approximately US$ 1.2 billion judgment from the United States District Court for the Southern District of New York based on an arbitral award against PDVSA on November 29, 2019, *see Phillips Petroleum Co. Venezuela Ltd. et al v. Petróleos de Venezuela, S.A. et al.*, 1:19-mc-00342, (D. Del. Nov. 26, 2011) ECF No. 1, and simultaneously moved for a writ allowing it to attach and auction the same PDVH shares, which remains pending.  *Id*. at ECF No. 2.  ConocoPhillips is participating in briefing as to the organization of a prospective auction of PDVH shares before the Delaware District Court.  *See* Non-Parties Phillips Petroleum Co. Venezuela Ltd. and ConocoPhillips Petrozuata B.V.'s Opening Brief Regarding Conduct of PDV Holdings, Inc. Share Sale, *Crystallex Int'l Corp.*, 1:17-mc-00151, (D. Del. June 17, 2020) ECF No. 180.

6. Likewise, O.I. European Group B.V. ("OIEG"), a subsidiary of Owens Illinois, registered a US$ 382 million judgment from the United States District Court for the District of Columbia, based on still another international arbitration award, with the District Court in Delaware and moved for a writ of attachment as to the PDVH shares on November 4, 2019. *See OI European Group B.V. v. Bolivarian Republic of Venezuela*, 1:19-mc-290 (D. Del. Nov. 4, 2019) ECF Nos. 1, 2. OIEG has since filed a motion for reconsideration of the District Court's order denying its motion for a writ of attachment, which remains pending. *See id*. at ECF No. 27.

7. Given the limited Venezuelan assets available for satisfaction of these awards in the United States, the advanced state of the proceedings before the Delaware district court, and the size of the other judgments that other creditors of Venezuela and PDVSA seek to satisfy against those assets, Plaintiffs will for all practical purposes be left without a remedy if this Court does not act on the pending proceedings in time for Plaintiffs (if the Court rules in their favor) to register a prospective judgment against Venezuela in the District of Delaware so that that they too may participate in the contemplated auction process.

8. In light of these developments, Plaintiffs respectfully request that the Court hold a status conference and adopt the proposed order attached as <u>Exhibit A</u>.

Dated: September 25, 2020

Respectfully submitted,

**ALSTON & BIRD LLP**
Alexander A. Yanos
Carlos Ramos-Mrosovsky
Rajat Rana
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
alex.yanos@alston.com
carlos.ramos-mrosovsky@alston.com
rajat.rana@alston.com

*Counsel for Plaintiffs Koch Minerals Sàrl and Koch Nitrogen International Sàrl*