# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOCH MINERALS SARL et al, <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA <br><br> Defendant | Civil Action No. 1:17-cv-02559-ZMF |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of November 3, 2020, Koch Minerals Sarl and Koch Nitrogen International Sarl ("The Koch Plaintiffs") and the Bolivarian Republic of Venezuela (the "Republic" and jointly "the Parties") respectfully submit this joint report addressing the current status of the annulment proceedings relating to the arbitration award underlying these proceedings in ICSID Case No. ARB/11/19.

Position of the Koch Plaintiffs: The annulment proceeding is pending before a three-member ad hoc committee (the "Annulment Committee") constituted by the Secretary-General of the World Bank's International Centre for Settlement of Investment Disputes ("ICSID") pursuant to Article 52 of the ICSID Convention. The Annulment Committee lifted the stay on enforcement of the Award on April 1, 2019. Thereafter, on July 7, 2020, the Annulment Committee issued an order with respect to the conduct of the annulment proceedings. Venezuela's Memorial in Support of Annulment is due on November 9, 2020. Venezuela has requested an extension of that deadline until December 9, 2020, a request which the Koch Plaintiffs have opposed.

A hearing on Venezuela's annulment application is scheduled for July 17-18, 2021.

1

The ICSID docket sheet in respect of ICSID Case No. ARB/11/19 is attached hereto as Exhibit 1.

<u>The Republic's Position</u>:  The government of Interim President Juan Guaidó, which is the only government of Venezuela recognized by the United States, has no knowledge of the annulment proceedings in ICSID Case No. ARB/11/19 and does not recognize any actions taken by the Maduro regime in those proceedings purportedly on behalf of Venezuela.  *See* Dkt. No. 30-1 at pp. 3-4; Dkt. No. 33 at pp. 8-10; *Rusoro Mining Ltd. v. Bolivarian Republic of Venezuela*, No. 18-7044, 2019 U.S. App. LEXIS 17543 (D.C. Cir. May 1, 2019).  We are therefore not in a position to comment on those proceedings.

| | |
|---|---|
| Date:   New York, New York<br>            November 6, 2020 | Date:   New York, New York<br>            November 6, 2020 |
| By: /s/ Alexander A. Yanos<br>Alexander A. Yanos (Bar No. NY0219)<br>Carlos Ramos-Mrosovsky (Bar No. 986363)<br>**ALSTON & BIRD LLP**<br>90 Park Avenue<br>New York, NY 10016<br>Tel:    212-210-9400<br>Fax:   212-210-9444<br>alex.yanos@alston.com<br>carlos.ramos-mrosovsky@alston.com<br><br>*Counsel for Koch Minerals Sàrl and Koch Nitrogen International Sàrl* | By: /s/ Joseph D. Pizzurro<br>Joseph D. Pizzurro (D.C. Bar No. 468922)<br>Kevin A. Meehan (D.C. Bar No. 1613059)<br>**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel.: (202) 452-7373<br>Fax: (202) 452-7333<br>jpizzurro@curtis.com<br>kmeehan@curtis.com<br><br>*Attorneys for Defendant Bolivarian Republic of Venezuela* |