UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KOCH MINERALS SÀRL,** *et al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>**BOLIVARIAN REPUBLIC OF VENEZUELA,**<br><br>　　Defendant. | Civil Action No.<br>1:17-cv-2559-ZMF |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **ORDERS** that:

1. Plaintiffs' Motion for Default Judgment is **DENIED**;

2. Defendant's Motion to Dismiss is **DENIED**; and

3. Defendant's Motion to Set Aside the Entry of Default is **GRANTED**.

The parties are further **ORDERED** to submit a joint proposed schedule to govern any further proceedings by January 5, 2021. The joint proposed schedule shall address (a) whether any discovery is needed and (b) an expedited briefing schedule to govern the filing of dispositive motions. If the parties are unable to agree on a joint recommendation, the joint proposed schedule shall include each party's individual recommendations.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ZIA M. FARUQUI
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE