IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOCH MINERALS SÀRL,<br>KOCH NITROGEN INTERNATIONAL SÀRL<br><br>*Plaintiffs*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA;<br><br>*Defendant*. | Civil Action No.1:17-cv-02559-ZMF |

**JOINT STATUS REPORT**

Further to the Court's Order of December 23, 2020, ECF No. 45, the Parties have conferred but have not been able to agree about the path forward for this case. The Parties' respective positions are as follows:

**The Koch Plaintiffs' Position**: Plaintiffs Koch Minerals Sàrl and Koch Nitrogen International Sàrl ("the Koch Plaintiffs") believe that briefing should proceed on the following schedule:

(1) Plaintiffs' motion for summary judgment: January 22, 2021

(2) Defendant's Opposition: February 5, 2021

(3) Plaintiffs' Reply: February 12, 2021

The position of the Koch Plaintiffs is that this case is properly before Magistrate Judge Faruqui for all purposes and that Magistrate Judge Faruqui's findings with respect to his jurisdiction in the Court's Order of December 23, 2020 were correct. The Koch Plaintiffs do not believe that any discovery is needed in this case.

**The Republic's Position**: While the Republic agrees that discovery is not necessary at this time, the Republic's position is that the Magistrate Judge lacks jurisdiction to proceed any further in

1

this case.  This case has not been referred to the Magistrate Judge for all purposes because the Republic never consented to such a referral as required under 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(a) and Local Civil Rule 73.1(a), but rather, from the outset, reserved all of its rights, Notice of Mot. 1, ECF No. 30; Opening Br. 1, ECF No. 30-1, and expressed its expectation that District Court Judge Ketanji Brown Jackson would decide its motion by placing her name on the signature line of the proposed order, ECF No. 30-6.  When Magistrate Judge Robinson ordered the parties to address the scope of her jurisdiction, the parties stipulated that consent of all parties was required under section 636(c) and that the Republic never gave such consent.  *See* Minute Order 8/5/2019; Joint Status Report 2, ECF No. 34.  The Republic further explicitly stated that the pending motions could only be decided by the District Court Judge – not the Magistrate Judge.  Joint Status Report 2, ECF No. 34.  Thereafter, Magistrate Judge Robinson repeatedly confirmed the parties' understanding that the case had merely been referred for a report and recommendation.  *See* Minute Order 11/21/2019; Transcript 12/10/19 18:4-6, ECF No. 38.  Koch never disputed or otherwise contested Magistrate Judge Robinson's characterizations of her jurisdiction, and the Republic continued to object to the referral to the magistrate judge following Magistrate Judge Robinson's retirement and the subsequent re-assignment of the case to Magistrate Judge Faruqui.  Thus, Magistrate Judge Faruqui only had jurisdiction to issue a report and recommendation on the pending motions and the "Memorandum Opinion" and "Order" entered by the Magistrate Judge on December 23, 2020 can only be viewed as a report and recommendation.  The Republic intends to file objections to that report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(3) with respect to both the Magistrate Judge's assertion of jurisdiction and his recommendation to deny the Republic's motion to dismiss for lack of personal jurisdiction and improper service of process.  Accordingly,

no further action should be taken in this case until the District Court Judge rules on the

Republic's objections.

Respectfully submitted:

| | |
|---|---|
| Date:  New York, New York<br>        January 5, 2021 | Date:  New York, New York<br>        January 5, 2021 |
| By: /s/ Alexander A. Yanos<br>Alex Yanos (Bar No. NY0219)<br>Carlos Ramos-Mrosovsky (Bar No. 986363)<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel:   212-210-9400<br>Fax:   212-210-9444<br>alex.yanos@alston.com<br>carlos.ramos-mrosovsky@alston.com | By: /s/ Joseph D. Pizzurro<br>Joseph D. Pizzurro (D.C. Bar No. 468922)<br>Kevin A. Meehan (D.C. Bar No. 1613059)<br>CURTIS, MALLET-PREVOST, COLT &<br>MOSLE LLP<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel.: (202) 452-7373<br>Fax: (202) 452-7333<br>jpizzurro@curtis.com<br>kmeehan@curtis.com |
| *Attorneys for Koch Minerals Sàrl and Koch Nitrogen International Sàrl* | *Attorneys for Defendant Bolivarian Republic of Venezuela* |