UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KOCH MINERALS SÀRL,
KOCH NITROGEN INTERNATIONAL SÀRL,

*Plaintiffs*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

*Defendant*.

Case No. 17-cv-02559-ZMF

**DEFENDANT BOLIVARIAN REPUBLIC OF VENEZUELA'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS KOCH MINERALS SÀRL AND KOCH NITROGEN INTERNATIONAL SÀRL'S MOTION FOR SUMMARY JUDGMENT**

Defendant Bolivarian Republic of Venezuela (the "Republic"), by and through the undersigned counsel, respectfully submits this Response in Opposition to the Motion for Summary Judgment (the "Motion") filed by Plaintiffs Koch Minerals Sàrl and Koch Nitrogen International Sàrl (together, "Koch") (ECF No. 52). The Republic maintains that it never consented to a magistrate judge's all-purpose jurisdiction under 28 U.S.C. § 636 and reiterates its objection to this Court's all-purpose jurisdiction. By submitting this opposition, PDVSA does not waive, and expressly preserves, all of its rights and defenses including its position that this Court lacks jurisdiction to enter final judgment in this case.

**DISCUSSION**

Koch's Motion seeks entry of judgment on the arbitration award it obtained in an arbitration against the Republic conducted under the auspices of the International Centre for Settlement of Investment Disputes ("ICSID"). While Koch's Amended Complaint (ECF No. 7) requested post-judgment interest to run at the rate of post-award interest provided in the award, Koch now concedes, as it must, in its Motion that the federal statutory rate of post-judgment

1

interest under 28 U.S.C. § 1961 would apply to any judgment on the award.  Mot. at 11.  Indeed, Section 1961 applies to all judgments entered by federal courts, including judgments entered on ICSID awards.  *See Tenaris, S.A. v. Bolivarian Republic of Venezuela*, No. 18-cv-1373 (CJN), 2021 U.S. Dist. LEXIS 59126, at *11-12 (D.D.C. Mar. 29, 2021); *Tenaris, S.A. v. Bolivarian Republic of Venezuela*, No. 18-cv-1371 (CRC), 2020 U.S. Dist. LEXIS 106397, at *2 (D.D.C. June 17, 2020); *OI Eur. Grp. B.V. v. Bolivarian Republic of Venezuela*, No. CV 16-1533, 2019 U.S. Dist. LEXIS 85128, at *16-17 (D.D.C. May 21, 2019); *see also Rusoro Mining Ltd. v. Bolivarian Republic of Venezuela*, 300 F. Supp. 3d 137, 2018 U.S. Dist. LEXIS 34706, *26 (D.D.C. 2018); *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, 244 F. Supp. 3d 100, 123 (D.D.C. 2017); *Miminco v. Democratic Republic of the Congo*, 79 F. Supp. 3d 213, 218, 220 (D.D.C. 2015).  Accordingly, the Republic agrees that any judgment entered on Koch's arbitral award must accrue post-judgment interest at the federal statutory rate under Section 1961.

However, Koch has not identified the amount of post-award interest that has accrued on the award pre-judgment, much less provided a detailed calculation of post-award interest.  Thus, before any judgment can be entered on the award, the Court should require Koch to provide a detailed calculation of post-award interest and afford the Republic a reasonable opportunity to respond to Koch's interest calculation.  That approach has been adopted by other courts in this district in actions to enforce ICSID awards.  *See Tenaris II,* 2021 U.S. Dist. LEXIS 59126, at *11-12 (ordering petitioners to file "a brief summary of its calculation of interests performed consistent with [28 U.S.C. § 1961(a)]" and giving respondents an opportunity "to respond to the form of the proposed order and associated calculations within fourteen days thereafter").

Finally, the Republic further reserves its rights to appeal from the entry of final judgment, as well as all interlocutory orders and decisions giving rise to a final judgment.

| | |
|---|---|
| Dated:  Washington, D.C.<br>April 5, 2021 | Respectfully submitted,<br><br>CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP<br><br>By:  */s/ Joseph D. Pizzurro*<br>Joseph D. Pizzurro<br>(D.C. Bar No. 468922)<br>Kevin A. Meehan<br>(D.C. Bar No. 1613059)<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel.:  (202) 452-7373<br>Fax:  (202) 452-7333<br>Email:  jpizzurro@curtis.com<br>Email: kmeehan@curtis.com<br><br>*Attorneys for Defendant*<br>*Bolivarian Republic of Venezuela* |