IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KOCH MINERALS SÀRL, KOCH NITROGEN INTERNATIONAL SÀRL,

*Plaintiffs*,

*v.*

BOLIVARIAN REPUBLIC OF VENEZUELA,

*Defendant.*

Civil Action No: 17-cv-02559-ZMF

**PROPOSED ORDER**

Upon review and consideration of Plaintiffs' Koch Minerals Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI") (collectively "Plaintiffs") motion for an Order (*i*) pursuant to 28 U.S.C. § 1610(c) determining that a reasonable period of time has elapsed since the entry of Judgment in this case such that Plaintiffs may seek to attach the Bolivarian Republic of Venezuela's ("Venezuela") assets to aid in the execution of the Judgment, and (*ii*) permitting Plaintiffs to register the Judgment in other judicial districts pursuant to 28 U.S.C. § 1963; Venezuela's Opposition thereto; and the entire record in this case, it is:

**ORDERED** that Plaintiffs' motion is **GRANTED**;

**ORDERED** that the Court finds that a reasonable period of time has elapsed within the meaning of 28 U.S.C. § 1610(c) following entry of the Judgment in this case; and

**ORDERED** that the Court finds good cause to permit Plaintiffs to register the Judgment in other judicial districts of the United States, including the District of Delaware.

**SO ORDERED** this ___ day of _____, 202__.

_____
Hon. Zia M. Faruqui
United States Magistrate Judge

1