UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KOCH MINERALS SÀRL**, *et al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>**BOLIVARIAN REPUBLIC OF VENEZUELA**,<br><br>　　Defendant. | Civil Action No.<br>1:17-cv-2559-ZMF |

## ORDER

For the reasons set forth in this Court's Memorandum Opinion (ECF No. 55), the Court hereby ORDERS that Plaintiff's Motion for Summary Judgment is GRANTED.

　　**SO ORDERED.**

Date: January 18, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ZIA M. FARUQUI
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE