# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| KOCH MINERAL SARL & KOCH NITROGEN INTL. *Plaintiff* <br> v. <br> BOLIVARIAN REPUBLIC OF VENEZUELA *Defendant* | Civil Action No. 1:17-cv-02559-ZMF |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* KOCH MINERAL SARL & KOCH NITROGEN INTERNATIONAL SARL recover from the defendant *(name)* BOLIVARIAN REPUBLIC OF VENEZUELA the amount of Seventeen Mill Four Hundred Thirty Six Thousand Eighty-Five dollars ($ 17,436,085.), which includes prejudgment interest at the rate of 2.00 %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: Legal costs:$17,436,085.10; Arbitration costs: $628,836.435;Post-award interest on the foregoing legal and arbitration costs from October 30, 2017, to the date of this Court's entry of judgment at a rate of US$ Libor 6- month rate plus 2%, compounded every six months;and Post-judgment interest on the total amount of the award, calculated at the rate set forth in 28 U.S.C. § 1961, from the date of judgment until full payment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Zia M. Faruqui on a motion for Summary Judgment.

Date: 01/21/2022

*ANGELA D. CAESAR, CLERK OF COURT*

*TLR*

*Signature of Clerk or Deputy Clerk*