**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **KOCH MINERALS SÀRL,** *et al.*,<br><br>        **Plaintiffs,**<br><br>   **v.**<br><br>**BOLIVARIAN REPUBLIC OF<br>VENEZUELA,**<br><br>        **Defendant.** | **Civil Action No.<br>1:17-cv-2559-ZMF** |

### Judgment In A Civil Action

For the reasons stated in the Court's Memorandum Opinion granting Plaintiff's Motion for Summary Judgment on August 18, 2021, the Court has ordered that Plaintiffs are entitled to the sum of:

- To Koch Minerals:

  - The principal amount: $140,250,000;

  - Pre-award interest from October 11, 2010 to October 30, 2017, calculated at the US$ Libor 6-month rate plus 2%, compounded every six months: $28,419,011.14; and

  - Post-award interest from October 30, 2017, to the date of this Court's entry of judgment at a rate of US$ Libor 6-month rate plus 2%, compounded every six months.

- To Koch Nitrogen:

  - The principal amount: $166,700,000;

- Pre-award interest from October 11, 2010 to October 30, 2017, calculated at the US$ Libor 6-month rate plus 2%, compounded every six months: $33,778,603.62; and

- Post-award interest from October 30, 2017, to the date of this Court's entry of judgment at a rate of US$ Libor 6-month rate plus 2%, compounded every six months. See Schedule of Amounts Owed at 24.

- Jointly, to Plaintiffs:

  - Legal costs: $17,436,085.10;

  - Arbitration costs: $628,836.435;

  - Post-award interest on the foregoing legal and arbitration costs from October 30, 2017, to the date of this Court's entry of judgment at a rate of US$ Libor 6- month rate plus 2%, compounded every six months; and

  - Post-judgment interest on the total amount of the award, calculated at the rate set forth in 28 U.S.C. § 1961, from the date of judgment until full payment.

Date: February 22, 2022

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE