IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOCH MINERALS SÀRL, KOCH NITROGEN INTERNATIONAL SÀRL,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Defendant*. | Civil Action No: 17-cv-02559- ZMF |

**PLAINTIFFS KOCH MINERALS SÀRL AND KOCH NITROGEN INTERNATIONAL SÀRL'S MEMORANDUM IN RESPONSE TO DEFENDANT BOLIVARIAN REPUBLIC OF VENEZUELA'S MOTION TO CORRECT THE JUDGMENTS**

Plaintiffs and Arbitration Award Creditors Koch Minerals Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI") (collectively "the Koch Plaintiffs" or "Plaintiffs"), by and through the undersigned counsel, respectfully submit this Memorandum in Response to Defendant Bolivarian Republic of Venezuela's Motion to Correct the Judgments. (ECF No. 64)

Venezuela's Motion is moot and should be denied.  On February 10, 2022, Venezuela moved to correct three separate form judgments entered by the Clerk of the Court under Federal Rules of Civil Procedure 60(a) and 60(b)(1). (ECF Nos. 61, 62, and 63).  However, on February 22, 2022, this Court *sua sponte* entered a single "Judgment in A Civil Action" reflecting the Court's Opinion granting summary judgment. (ECF No. 66).  In such circumstances, Venezuela's motion for correcting clerical mistakes is now moot and should be denied.

1

Dated: February 24, 2022

New York, New York

Respectfully submitted,

_____

Alexander A. Yanos
Rajat Rana
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
alex.yanos@alston.com
rajat.rana@alston.com

*Counsel for Plaintiffs Koch Minerals Sàrl and Koch Nitrogen International Sàrl*